[No. 71407-4-I.   Division One.   July 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EUGENE TYLER, JR., *Appellant*.

*Affirmed* by unpublished per curiam opinion.

[No. 71816-9-I.   Division One.   July 13, 2015.]

JOHN W. PALM, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

*Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 71930-1-I.   Division One.   July 13, 2015.]

*In the Matter of the Detention of* BRADLEY B. WARD.

THE STATE OF WASHINGTON, *Petitioner*, v. BRADLEY B. WARD, *Respondent*.

*Affirmed* by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 71949-1-I.   Division One.   July 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. FIKRU KELIFA, *Appellant*.

*Affirmed* by unpublished per curiam opinion.